IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIFFANY D. JONES,

    Plaintiff,

v.

                        Case No. 1:10-CV-692
                        CHIEF JUDGE DLOTT
                        MAGISTRATE JUDGE KING

MARY BETH GIANNI, et al.,

    Defendants.

### ORDER

    Plaintiff, who is proceeding without the assistance of counsel, alleges that defendants, Fifth Third Bank, attorneys Mary Beth Gianni and Scott E. Collister, and Ohio Magistrate Michael Bachman, "acted to deprive Plaintiff [ ] of her property . . . and due process" in connection with a foreclosure action initiated against plaintiff in the Hamilton County Court of Common Pleas. *Complaint*, Doc. No. 1, ¶1. Defendants filed motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) or 12(b)(6). *Motions to Dismiss,* Doc. Nos. 5, 6, 11.

    On March 1, 2011, the United States Magistrate Judge recommended that the action be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. *Report and Recommendation*, Doc. No. 19. Although the parties were notified of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, id., there has nevertheless been no objection.

    The *Report and Recommendation* is **ADOPTED** and **AFFIRMED** without

objection.  The *Motions to Dismiss*, Doc. Nos. 5, 6, 11, are **GRANTED**.

This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.

*[signature]*
Chief Judge Susan J. Dlott
United States District Court